of the Estate, etc., of ANNA B. BURRIDGE (Also Known as ANNA S. BURRIDGE), Deceased. HARRY CHAIN BASSLER, as Ancillary Administrator c. t. a., etc., of ANNA B. BURRIDGE, Deceased, v. HERBERT C. SMYTH and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.